■ In the Matter of the Estate of ANIBAL BERRIOS, Deceased. DARIO BERRIOS, Respondent; CARMEN R. ALEQUIN, Appellant.— Decree unanimously affirmed, without costs. No opinion. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. CARMEN RITA ALEQUIN, Appellant, against DARIO BERRIOS, Respondent.— Order unanimously modified in the exercise of discretion to provide for visitation rights for the petitioner and otherwise affirmed, without costs. Settle order with suggestions for appropriate provision for visitation. Concur — Botein, P. J., Rabin, M. M. Frank, Valente and Bergan, JJ.

■ In the Matter of the CITY OF NEW YORK Relative to Acquiring Title to Real Property Required for Seward Park Slum Clearance Project in the Borough of Manhattan, City of New York. WHITEHILL REALTY Co., INC., Appellant; NATHAN L. GOLDSTEIN, et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. KARL B. SCOTT, Appellant, against EDWARD DROS, as Warden of the Hart Island Penitentiary of the City of New York, Respondent.— Order unanimously affirmed on the facts and on the law, with $20 costs and disbursements to respondent. It is evident from the commitments as contained in the record that a fine was imposed on the sentence in each of the 87 traffic violations. Therefore, the question as to whether the jail sentences were to run concurrently or consecutively does not arise, since the direction for confinement in each instance was merely the alternative for a failure to comply with the payment of a fine. Concur — Breitel, J. P., M. M. Frank, Valente, McNally and Stevens, JJ. [13 Misc 2d 770.]